1541

**FILED**

MAY 09 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-139 |
| JAMES G. ALLEN, JR. | (26 U.S.C. § 7206(1)) |

## INFORMATION

### COUNT ONE

The United States Attorney charges:

On or about April 7, 2015, in the Western District of Pennsylvania and elsewhere, the defendant, JAMES G. ALLEN, JR., did willfully make and subscribe to a U.S. Individual Income Tax Return, Form 1040, for calendar year 2014, which was verified by written declaration that it was made under the penalties of perjury and which the defendant did not believe to be true and correct as to every material matter, to wit, the defendant, JAMES G. ALLEN, JR., falsely represented on Line 22 that he earned total income in the amount of $700.00, whereas, as he well knew, he earned total income substantially in excess of that amount.

In violation of Title 26, United States Code, Section 7206(1).

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352