IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-139 |
| ) | |
| JAMES G. ALLEN, JR. ) | |

## ARRAIGNMENT PLEA

Defendant JAMES G. ALLEN, JR.

being arraigned, pleads **guilty to Count 1**

in open Court this **4th** day of

**June**, 2019.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)